# EXHIBIT 1

Mitchell A. Stephens (11775)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, Utah 84102
Telephone: 801.363.6363
Email: mstephens@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VAREX IMAGING CORPORATION and VAREX IMAGING DEUTSCHLAND AG, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOUMAN JAFARI, CETTEEN GMBH, H&P ADVANCED TECHNOLOGY GMBH, ESSPEN GMBH, and H&S HOLDING UG, <br><br> *Defendants*. | **DECLARATION OF DR. HOUMAN JAFARI** <br><br> Case No. 2:24-cv-00796-HCN-DBP <br><br> Judge Howard C. Nielson, Jr. <br><br> Chief Magistrate Judge Dustin B. Pead |

I, Dr. Houman Jafari, hereby state and declare as follows:

1. I am over eighteen years old and have personal knowledge of the facts set forth herein. If called to testify in this matter, I would provide testimony similar to and consistent with the information presented in this Declaration.

2. I am a resident of Germany.

3. My domicile is located in Erlangen, Germany.

4. I do not:

    a. Have a residence located in the state of Utah;

    b. Own or lease real property in the state of Utah; or

    c. Have any bank accounts in the state of Utah.

5. Although I have travelled to Utah on a handful of occasions, each instance related to the Joint Venture Agreement ultimately executed between Varex Imaging Deutschland AG, CETTEEN GmbH, and H&P Advanced Technology GmbH.

6. I am the sole shareholder and Managing Director of H&S Holding UG ("H&S").

7. H&S is registered in Germany with its principal place of business located in Erlangen, Germany.

8. H&S does not:

    a. Have an office in Utah;

    b. Have employees located in the state of Utah;

    c. Have a business registration in the state of Utah;

    d. Have members or owners that reside in Utah;

    e. Have a registered agent that accepts service in Utah;

    f. Own or lease any real property in the state of Utah;

    g. Have any bank accounts in the state of Utah; or

    h. Transact any business within the state of Utah.

I declare under the laws of the State of Utah that the foregoing is true and correct to the best of my present knowledge, information, and belief.

DATED this 27th day of June, 2025.

/s/ _____
Dr. Houman Jafari