# EXHIBIT 3

martin.reimer@dennec-systems.comMitchell A. Stephens (11775)
Dillon P. Olson (16120)
JAMES DODGE RUSSELL & STEPHENS, P.C.
545 East 300 South
Salt Lake City, Utah 84102
Telephone: 801.363.6363
Email: mstephens@jdrslaw.com
dolson@jdrslaw.com

*Attorneys for Defendants*

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VAREX IMAGING CORPORATION and VAREX IMAGING DEUTSCHLAND AG, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOUMAN JAFARI, CETTEEN GMBH, H&P ADVANCED TECHNOLOGY GMBH, ESSPEN GMBH, and H&S HOLDING UG, <br><br> *Defendants*. | **DECLARATION OF DR. MARTIN REIMER** <br><br> Case No. 2:24-cv-00796-HCN-DBP <br><br> Judge Howard C. Nielson, Jr. <br><br> Chief Magistrate Judge Dustin B. Pead |

I, Dr. Martin Reimer, hereby state and declare as follows:

1. I am over eighteen years old and have personal knowledge of the facts set forth herein. If called to testify in this matter, I would provide testimony similar to and consistent with the information presented in this Declaration.

2. I am the Managing Director of H&P Advanced Technology GmbH ("H&P").

3. H&P is registered in Germany with its principal place of business located in Erlangen, Germany.

4. H&P does not:

   a. Have an office in Utah;

   b. Have employees located in the state of Utah;

   c. Have a business registration in the state of Utah;

   d. Have members or owners that reside in Utah;

   e. Have a registered agent that accepts service in Utah;

   f. Own or lease any real property in the state of Utah;

   g. Have any bank accounts in the state of Utah; or

   h. Transact any business within the state of Utah.

   DATED this 27th day of June, 2025.

   /s/
   Dr. Martin Reimer